UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CNC MACHINE SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOOSAN MACHINE TOOLS AMERICA CORPORATION, <br><br> Defendant. | CASE NO. C18-0564JLR <br><br> ORDER TO SHOW CAUSE |

Plaintiff CNC Machine Services, Inc. ("CNC") originally brought this suit in state court against Defendant Doosan Machine Tools America Corporation ("Doosan") for various claims arising out of a distributorship agreement between the two parties. (*See* Compl. (Dkt. # 1-2) ¶¶ 10, 49-77.) Doosan removed the case to federal court. (*See* Not. of Removal (Dkt. # 1).) After the case was removed, the parties filed a joint statement notifying the court of a related case currently pending in the District of New Jersey. (*See* Not. (Dkt. # 7).) The New Jersey action was filed prior to the instant action, and the

ORDER - 1

parties acknowledge that both suits involve "the same parties and arise from the same business relationship/agreement."[1] (*Id.* at 2.) Under 28 U.S.C. § 1406(a), the court may, "if it be in the interest of justice, transfer [the] case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). Indeed, the parties suggest that "[t]ransfer under 28 U.S.C. §§ 1404 or 1406 may be appropriate" because the "coordination of the cases would avoid conflicts, conserve resources, and promote an efficient determination of the action." (*See* Not. at 2.)

Accordingly, the court ORDERS the parties to show cause within ten (10) days of the entry of this order why the court should not transfer the matter to the District of New Jersey. The parties should jointly file a response of no more than two (2) pages.

Dated this 23rd day of April, 2018.

JAMES L. ROBART
United States District Judge

---

[1] The parties claim to have attached the complaint and notice of removal in the New Jersey action but failed to submit any attachments. (*See* Not. at 2.)

ORDER - 2